# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| SARA WOOD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIRAMAL CRITICAL CARE,<br><br>　　　　　　Defendant. | CAUSE NO.: CV-25-34-H-BMM<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE RULE 26(f) AND PRELIMINARY PRETRIAL CONFERENCE** |

After considering *Joint Motion to Reschedule Rule 26(f) and Preliminary Pretrial Conference*, and for good cause appearing, the Court finds the Joint Motion should be GRANTED. It is therefore ORDERED that the preliminary pretrial conference date of June 25, 2025 is VACATED. It is further ORDERED that the preliminary pretrial conference is reset to July 23, 2025 at 2:30 p.m.. The call-in number is as follows: 833-990-9400; Meeting ID: 882927420. The Joint Discovery Plan, Statement of Stipulated Facts and Preliminary Pretrial Statements are due on or before July 21, 2025.

　　　DATED this 6th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts